**CORPORATE RESOLUTION OF**
**WOODLAND OAKS INVESTORS, LLC**

On June 12th, 2026, the following resolution was duly adopted by the Managing Members of Woodland Oaks Investors, LLC ("Corporation").

WHEREAS, it is in the best interests of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that Louis Investments, through its Manager Marc Kulick, be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Corporation; and

BE IT FURTHER RESOLVED, that Louis Investments, through its Manager Marc Kulick, be and hereby is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with said bankruptcy proceeding.

Dated: June 12th, 2026.

Printed Name: Marc Kulick, Manager
Louis Investments

Printed Name: _____

Printed Name: _____

Printed Name: _____

Printed Name: _____