Fill in this information to identify the case:

Debtor name          **Woodland Oaks Investors, LLC**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known):          **26-11987**

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Vesta Landscaping Services, LLC 6400 W 110TH ST STE 201 LEAWOOD, KS 66211-1585 | | | | | | $180,108.00 |
| 2 | City of Tulsa Utilities Utilities Department TULSA, OK 74187 | | | | | | $88,287.75 |
| 3 | Rasa Floors PO BOX 619130 DALLAS, TX 75261-9130 | | | | | | $81,682.73 |
| 4 | HD Supply Remittance SAN DIEGO, CA 92150 | | | | | | $44,072.65 |
| 5 | Westlake Ace PO BOX 219370 KANSAS CITY, MO 64121-9370 | | | | | | $37,961.14 |
| 6 | Jackson Mechanical Service Inc 2600 N OKLAHOMA AVE OKLAHOMA CITY, OK 73105-3021 | | | | | | $36,427.00 |
| 7 | Vesta Realty 6400 W 110TH ST STE 201 OVERLAND PARK, KS 66211-1585 | | | | | | $26,530.00 |
| 8 | Entrata Inc. PO BOX 30015 SALT LAKE CTY, UT 84130-0015 | | | | | | $23,151.75 |

Debtor    **Woodland Oaks Best Living, LLC**                    Case number *(if known)*    __26-11987__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Public Service Company of Oklahoma<br><br>PO BOX 371496<br>PITTSBURGH, PA 15250-7496 | | | | | | $20,137.62 |
| 10 Merritt Sealing Company, Inc.<br><br>PO BOX 75728<br>OKLAHOMA CITY, OK 73147-0728 | | | | | | $19,350.00 |
| 11 Costar - Apartments.com<br><br>2563 Collection Center Dr<br>CHICAGO, IL 60693 | | | | | | $18,862.26 |
| 12 Cintas Fire Protection<br><br>PO BOX 636525<br>CINCINNATI, OH 45263-6525 | | | | | | $15,876.00 |
| 13 Boyle Services, Inc.<br><br>701 W 41ST ST<br>TULSA, OK 74107-7020 | | | | | | $14,862.72 |
| 14 Lowe's Pro MSH<br><br>PO BOX 301451<br>DALLAS, TX 75303-1451 | | | | | | $9,740.58 |
| 15 Empire Protection Services<br><br>14083 S STATE HIGHWAY 51 # 134<br>COWETA, OK 74429-7100 | | | | | | $8,420.00 |
| 16 Trademark Exteriors Restoration LLC<br><br>36 NE 52ND ST<br>OKLAHOMA CITY, OK 73105-1826 | | | | | | $6,500.00 |
| 17 Resolve Asset Management Services<br><br>1127 NW 25TH ST<br>OKLAHOMA CITY, OK 73106-5646 | | | | | | $6,037.42 |
| 18 American Waste Control, Inc<br><br>PO BOX 21054<br>TULSA, OK 74121-1054 | | | | | | $5,684.40 |
| 19 Alert Plumbing LLC<br><br>3975 S Sheridan Rd<br>TULSA, OK 74145 | | | | | | $5,587.00 |
| 20 H&A Investments LLC<br><br>801 W ABI RD<br>WASHINGTON, OK 73093-9704 | | | | | | $5,350.00 |