**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE: **Woodland Oaks Investors, LLC**                    CASE NO 26-11987

                                                          CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/15/2026**        Signature                    **/s/ Marc Kulick**
                                                   Marc Kulick , Authorized Signer

Aaron & Sons Remodeling
9263 E 58TH ST
TULSA, OK 74145-8327


Accent Restoration, LLC
6972 E 38th St. Suite 200
TULSA, OK 74145


Alert Plumbing LLC
3975 S Sheridan Rd
TULSA, OK 74145


American Waste Control, Inc
PO BOX 21054
TULSA, OK 74121-1054


Answer Advantage
131 N Glendale
WICHITA, KS 67208


Arcadia Printing
14956 S GRANT ST
BIXBY, OK 74008-3834


Birdeye, Inc.
2479 E BAYSHORE RD STE 188
PALO ALTO, CA 94303-3245


Boyle Services, Inc.
701 W 41ST ST
TULSA, OK 74107-7020

Central Oklahoma Winnelson
Co Inc.
5037 NW 10TH ST
OKLAHOMA CITY, OK 73127-6765


Champions Resurface and
Paint
PO BOX 692069
TULSA, OK 74169-2069


Chemsearch FE
2727 CHEMSEARCH BLVD
IRVING, TX 75062-6454


Cintas Fire Protection
PO BOX 636525
CINCINNATI, OH 45263-6525


City of Tulsa Utilities
Utilities Department
TULSA, OK 74187


Conservice LLC
PO BOX 4696
LOGAN, UT 84323-4696


Coral Swimming Pool Supply
Co
2315 E 69TH ST
TULSA, OK 74136-3924


Corinthian Solutions, Inc.
12003 S TAMARACK ST
JENKS, OK 74037-4396

Costar - Apartments.com
2563 Collection Center Dr
CHICAGO, IL 60693

Cox Business
PO BOX 650963
DALLAS, TX 75265-0963

Custom Technologies Plus
Electric
2421 N ASPEN AVE
BROKEN ARROW, OK 74012-1142

Empire Protection Services
14083 S STATE HIGHWAY 51 # 134
COWETA, OK 74429-7100

Entrata Inc.
PO BOX 30015
SALT LAKE CTY, UT 84130-0015

Freshworks Inc.
2950 S DELAWARE ST STE 201
SAN MATEO, CA 94403-2578

H&A Investments LLC
801 W ABI RD
WASHINGTON, OK 73093-9704

HD Supply
Remittance
SAN DIEGO, CA 92150

HP Services, LLC
1209 N Fulton Ave
TULSA, OK 74115

Hy.Ly
43745 WELTY CT
ASHBURN, VA 20147-5850

Jackson Mechanical Service
Inc
2600 N OKLAHOMA AVE
OKLAHOMA CITY, OK 73105-3021

Jackson Slayter
9218 E 38TH ST
TULSA, OK 74145-3436

Johnstone Supply of Tulsa,
Inc.
9955 E 55th Pl
TULSA, OK 74146

Kayne Anderson Real Estate
Advisors IV, LLC
2121 AVENUE OF THE STARS FL 9
LOS ANGELES, CA 90067-5010

Kings III of America
751 Canyon Drive Suite 100
COPPELL, TX 75019

Lowe's Pro MSH
PO BOX 301451
DALLAS, TX 75303-1451

Lucky 13 Carpet Cleaning
2369 S 65TH WEST AVE
TULSA, OK 74107-2350


Merritt Sealing Company, Inc.
PO BOX 75728
OKLAHOMA CITY, OK 73147-0728


Neuman, Pollak & Assoc., PA
124 SLADE AVE STE 110
BALTIMORE, MD 21208-4900


ODP Business Solutions
PO BOX 660113
DALLAS, TX 75266-0113


Oklahoma Department of
Labor
409 NE 28TH ST FL 3
OKLAHOMA CITY, OK 73105-4215


Oklahoma Natural Gas
Company
15 E 5th St
TULSA, OK 74103


Prime Cleaning, LLC
9830 S Oswego Ave
TULSA, OK 74137


Progressive Painting
27203 JOY AVE
BROKEN ARROW, OK 74014-6140

Public Service Company of
Oklahoma
PO BOX 371496
PITTSBURGH, PA 15250-7496

Rasa Floors
PO BOX 619130
DALLAS, TX 75261-9130

Redi Carpet Sales of
Oklahoma LLC
PO BOX 971442
DALLAS, TX 75397-1442

Rent Dynamics
PO Box 30015
SALT LAKE CITY, UT 84130

Rent Group Inc
PO BOX 740925
ATLANTA, GA 30374-0925

ResMan, LLC
2901 Dallas Pkwy Ste 200
PLANO, TX 75093

Resolve Asset Management
Services
1127 NW 25TH ST
OKLAHOMA CITY, OK 73106-5646

RLL, Renters Legal Liability
101 E Washington Blvd, 10th floor
FORT WAYNE, IN 46804

Saldierna Remodeling
PO BOX 582061
TULSA, OK 74158-2061

Sherwin Williams Company
6301 S Garnett Rd

Standley Systems
PO BOX 460
CHICKASHA, OK 73023-0460

Torch Service Company, LLC
107 W 4TH AVE
OWASSO, OK 74055-3435

Trademark Exteriors
Restoration LLC
36 NE 52ND ST
OKLAHOMA CITY, OK 73105-1826

Tulsa Apartment Association
6855 S CANTON AVE
TULSA, OK 74136-3405

Tulsa Evictions, LLC
624 S DENVER AVE STE 300
TULSA, OK 74119-1075

Tulsa Home Guard
15301 S 76TH EAST AVE
BIXBY, OK 74008-4161

Tulsa Wildlife and Pest
4005 E 96TH ST N
SPERRY, OK 74073-4507

Vesta Landscaping Services,
LLC
6400 W 110TH ST STE 201
LEAWOOD, KS 66211-1585

Vesta Realty
6400 W 110TH ST STE 201
OVERLAND PARK, KS 66211-1585

Westlake Ace
PO BOX 219370
KANSAS CITY, MO 64121-9370

Zillow Rentals
1301 2ND AVE FL 36
SEATTLE, WA 98101-3800

Zumper, Inc.
Dept 0354
DALLAS, TX 75312-0354