**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:                          §
                                §
**WOODLAND OAKS INVESTORS, LLC,**  §          **CASE NO. 26-11987**
                                §
  **Debtor.**                   §          **Chapter 11**

## AMENDMENT COVER SHEET

This document:

**X**  Corrects the previous filed document(s).


☐  Replaces the previous filed document(s).


☐  Supplements the previous filed document(s).


**Summary of revisions**:

　　　Amended to include list of related pending cases.

I declare under penalty of perjury that the foregoing is true and correct.


Date: ___06/16/2026___          ___*Marc L. Kulick*___
                                Debtor's Signature
                                Printed Name: Marc Kulick
                                ☐  Pro se Debtor - *you must fill out address on 2nd page*
                                **X**  Represented by Counsel - *you must fill out address on 2nd page*


Local Form 1009-1.A                                Rev. 09/01/2024

Pro Se Debtor Signature Block

Attorney Signature Block

_____

Debtor(s) Address

_____

City, State, and Zip Code

_____

Telephone Number

_____

Fax Number

_____

Email Address

   /s/ *Joyce W. Lindauer*
_____

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone No.: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Counsel for Debtor

Local Form 1009-1.A

Rev. 09/01/2024

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____ **26-11987** _____   Chapter __**11**__

☑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Woodland Oaks Investors, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 8 – 1 9 5 2 3 0 3 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7142 92nd E Ave** <br> Number        Street | **1422 E 71st St** <br> Number        Street |
| **Tulsa, OK 74133** <br> City                     State    ZIP Code | **Tulsa, OK 74136** <br> City                     State    ZIP Code |
| **Tulsa** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number        Street <br><br> City                     State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Woodland Oaks Investors, LLC**                                Case number *(if known)*    **26-11987**
　　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑　Tax-exempt entity (as described in 26 U.S.C. §501)

❑　Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑　Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

＿＿ ＿＿ ＿＿ ＿＿

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑　Chapter 7

❑　Chapter 9

☑　Chapter 11. *Check all that apply:*

　　❑　Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　❑　The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　❑　The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　❑　A plan is being filed with this petition.

　　❑　Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　❑　The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　❑　The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑　Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes.　District ＿＿＿＿＿＿＿＿＿  When ＿＿＿＿＿  Case number ＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　　District ＿＿＿＿＿＿＿＿＿  When ＿＿＿＿＿  Case number ＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

☑ Yes.　Debtor  **Fairfax Investors, LLC**　　　　　Relationship ＿＿＿＿＿＿＿

　　　　　District  **Western District of Oklahoma**　　　When  **6/12/2026**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known  **26-11984**

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page **2**

Debtor  **Woodland Oaks Investors, LLC**                                    Case number *(if known)* _____ **26-11987**
           Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br>    _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?** _____<br>                                        Number          Street<br>                                        _____<br>                                        _____<br>                                        City                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency  _____<br>             Contact name      _____<br>             Phone             _____ |

---

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor    **Woodland Oaks Investors, LLC**                                        Case number *(if known)*        **26-11987**
_____Name_____

| 16. Estimated liabilities | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■    I have been authorized to file this petition on behalf of the debtor.

■    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/16/2026**
_____MM/ DD/ YYYY_____

X  **/s/ Marc Kulick**  *Marc L. Kulick*                    **Marc Kulick**
Signature of authorized representative of debtor              Printed name

Title    **Authorized Signer**

**18. Signature of attorney**

X  _____**/s/ Joyce Lindauer**_____    Date **06/16/2026**
Signature of attorney for debtor                     MM/ DD/ YYYY

**Joyce Lindauer**
Printed name

**Lindauer & Vaughn**
Firm name

**117 S. Dallas St.**
Number        Street

**Ennis**                                    **TX**        **75119**
City                                         State       ZIP Code

**(972) 503-4033**                           **joyce@joycelindauer.com**
Contact phone                                Email address

**21555700**                                 **TX**
Bar number                                   State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Debtor   **Woodland Oaks Investors, LLC**                          Case number *(if known)*          **26-11987**
     Name

## Additional Page

10. Continued

                        Debtor **Fairfax Best Living, LLC**        Relationship _____

                        District **Western District of Oklahoma**      When     **6/12/2026**
                                                            MM / DD / YYYY

                        Case number, if known **26-11985**

                        Debtor **Woodland Oaks Best Living, LLC**     Relationship _____

                        District **Western District of Oklahoma**      When     **6/12/2026**
                                                            MM / DD / YYYY

                        Case number, if known **26-11986**

---

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page **5**