UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

IN RE:                              §
                                    §
WOODLAND OAKS                       §
INVESTORS, LLC,                     §                CASE NO. 26-11987-sah
                                    §
Debtor.                             §                Chapter 11

## AMENDMENT COVER SHEET FOR AMENDED COMPANY RESOLUTION AUTHORIZING BANKRUPTCY FILING OF WOODLAND OAKS INVESTORS, LLC

This document:

**X** Replaces the previous filed document(s). [Corporate Resolution Authorizing Filing at Dkt. No. 5, 8.]

**SUMMARY OF REVISIONS: To comply with following corrective entry on docket:**

"Corrective Entry - Correction needed on docket entry 5 Corporate / Partnership Affidavit Authorizing Filing and 8 Supporting Corporate / Partnership Affidavit Authorizing Filing. Pleadings were not signed personally or electronically by the Attorney. Additionally, the PDF attached to these entries do not have a caption that conforms to FRBP 1005 and 9004 or Local Rule 1005-1. Additionally, Docs. 5 and 8 do not satisfy the requirements of Local Rule 1002-1.A.2.: (i) Doc. 5 reflects the resolution was adopted by the managing members but is signed by Marc Kulick, as manager of Louis Investments, without any indication Louis Investments is the managing member of the debtor and the sole managing member of the debtor; (ii) Doc. 8 conflicts with Doc. 5 providing Marc Kulick is the managing member of the debtor and Docs. 5 and 8 must be consistent; (iii) Doc. 8 must be attached to the corrected resolution when filed; and (iv) for clarity, references to corporate in both documents should be removed and reference made to the form of the debtor entity, a limited liability company. Please file an amended pleading that includes the original handwritten or electronic signature of the Attorney and contains the additional corrections needed. If the ECF system has a specific Amended event for this pleading, use that event. If not, then use the original event and select Amended from the Dropdown Box. Signature of Attorney must contain the complete signature block. If the correction is not made by the close of business on 6/22/2026 the entry will be stricken. **(sbel2**, ca) (Entered: 06/18/2026)"

Per the Court's instructions, the Amended Company Resolution Authorizing Bankruptcy Filing of Woodland

Local Form 1009-1.A                                              Rev. 09/01/2024

Investors. LLC is electronically signed by the attorney for the Debtor, the caption has been corrected, the signatory of the resolution has been corrected, and contains the electronic signature of the Debtor.

Date: June 22. 2026

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Mark L. Kulick*
Manager of Louis Investments, LLC, the Manager of W.O. Holding Company, LLC, the Manager of the Debtor


**X**    Represented by Counsel


Approved by:

/s/ *Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone No.: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WOODLAND OAKS INVESTORS, LLC,** | § | **CASE NO. 25-11987-sah** |
| **Debtor.** | § | |

**AMENDED COMPANY RESOLUTION AUTHORIZING**
**BANKRUPTCY FILING OF WOODLAND OAKS INVESTORS, LLC**

The following resolution was duly adopted by Woodland Oaks Investors, LLC (the "Company").

WHEREAS, it is in the best interests of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that Manager of Louis Investments, LLC, the Manager of W.O. Holding Company, LLC, the Manager of the Debtor, be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company; and

BE IT FURTHER RESOLVED, that Marc L. Kulick be and hereby is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceeding.

Dated: June 22, 2026.

Marc L. Kulick, Manager of Louis Investments, LLC, the Manager of W.O. Holding Company, LLC, the Manager of the Debtor

1

2

Respectfully submitted by:

/s/ *Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone No.: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Counsel for Debtor

2

## Miscellaneous:

26-11987 Woodland Oaks Investors, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (Oklahoma City) |
| Assets: y | Judge: SAH | Case Flag: CorpOwnership |

### U.S. Bankruptcy Court

### Western District of Oklahoma

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 6/15/2026 at 5:13 PM CDT and filed on 6/15/2026

**Case Name:**      Woodland Oaks Investors, LLC
**Case Number:**      26-11987
**Document Number:** 8

**Docket Text:**
Supporting Corporate / Partnership Affidavit Authorizing Filing Filed by Joyce W. Lindauer of Lindauer & Vaughn on behalf of Woodland Oaks Investors, LLC. (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Woodland Investors Resolution.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1107360813 [Date=6/15/2026] [FileNumber=15019116-0] [11ebbaeab804a97b49ffdfc949c2a7a7e65dd9fd63d422a38ef9650bb05f8f0260 e4396b7479ba84782a9d4e3e6d8dafa89d4d5981f2f8680b99cc2d6ba7329f]]

**26-11987 Notice will be electronically mailed to:**

Marjorie J. Creasey on behalf of U.S. Trustee United States Trustee
marjorie.creasey@usdoj.gov, michele.adams@usdoj.gov;lendy.heilaman@usdoj.gov

Joyce W. Lindauer on behalf of Debtor Woodland Oaks Investors, LLC
joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Jeffrey E Tate on behalf of U.S. Trustee United States Trustee
jeff.tate@usdoj.gov, michele.adams@usdoj.gov;shannon.dyer-vencill2@usdoj.gov

United States Trustee
Ustpregion20.oc.ecf@usdoj.gov

**26-11987 Notice will not be electronically mailed to:**

## VERIFIED AND CERTIFIED CORPORATE RESOLUTION OF WOODLAND OAKS INVESTORS, LLC

The corporate resolution adopted by the Managing Member of Woodland Oaks Investors, LLC ("Corporation") on June 12, 2026, authorizing the bankruptcy filing is hereby certified in all respects and verified as the fully authorized, just, and lawful act of the Corporation as if fully set forth herein.

Dated: June 15, 2026

Printed Name: _Mau Kulick_

Managing Member

NOTARY ACKNOWLEDGMENT

Notary Public

CAMILLE LOUISE BOHNERT
MY COMMISSION # 19003514
EXPIRES: April 4, 2027