UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

IN RE:                          §
                                §
WOODLAND OAKS                   §   CASE NO. 26-11987-sah
INVESTORS, LLC,                 §
                                §
                                §
Debtor.                         §   Chapter 11

## AMENDMENT COVER SHEET FOR
## AMENDED VERIFICATION OF LIST OF CREDITORS

This document:

**X** Replaces the previous filed document(s). [Amended Verification of List of Creditors at Dkt. No. 11]

**SUMMARY OF REVISIONS: To comply with following corrective entry on docket:**

"Corrective Entry - Correction needed on docket entry 11 Amended Verification of List of Creditors. Pleading was not properly signed personally or electronically by the Attorney. Please file an amended pleading that includes the original handwritten or electronic signature of the Attorney. If the ECF system has a specific Amended event for this pleading, use that event. If not, then use the original event and select Amended from the Dropdown Box. Signature of Attorney must contain the complete signature block. If the correction is not made by the close of business on 6/22/2026 the entry will be stricken  (snet, ca) "

Per the Court's instructions, the attached Amended Verification of List of Creditors is electronically signed by the attorney for the Debtor with complete signature block, signed in the original by the Debtor's representative, and the Debtor's signature block has been corrected.

Date: June 22, 2026

I declare under penalty of perjury that the foregoing is true and correct.

_____
Marc L. Kulick, Manager of Louis Investments, LLC, the
Manager of W.O. Holding Company, LLC, the Manager of
the Debtor

**X**    Represented by Counsel

1

Approved by:

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone No.: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

IN RE: **Woodland Oaks Investors, LLC**                    CASE NO 26-11987

CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___06/22/26___       Signature _____

Marc L. Kulick, Manager of Louis Investments, LLC, the
Manager of W.O. Holding Company, LLC, the Manager
of the Debtor

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX  75119
Telephone: (972) 503-4033
Fax No.: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Counsel for Debtor

**Aaron & Sons Remodeling**
9263 E 58TH ST
TULSA, OK 74145-8327


**Accent Restoration, LLC**
6972 E 38th St. Suite 200
TULSA, OK 74145


**Alert Plumbing LLC**
3975 S Sheridan Rd
TULSA, OK 74145


**American Waste Control, Inc**
PO BOX 21054
TULSA, OK 74121-1054


**Answer Advantage**
131 N Glendale
WICHITA, KS 67208


**Arcadia Printing**
14956 S GRANT ST
BIXBY, OK 74008-3834


**Birdeye, Inc.**
2479 E BAYSHORE RD STE 188
PALO ALTO, CA 94303-3245


**Boyle Services, Inc.**
701 W 41ST ST
TULSA, OK 74107-7020

**Central Oklahoma Winnelson Co Inc.**
5037 NW 10TH ST
OKLAHOMA CITY, OK 73127-6765

**Champions Resurface and Paint**
PO BOX 692069
TULSA, OK 74169-2069

**Chemsearch FE**
2727 CHEMSEARCH BLVD
IRVING, TX 75062-6454

**Cintas Fire Protection**
PO BOX 636525
CINCINNATI, OH 45263-6525

**City of Tulsa Utilities**
Utilities Department
TULSA, OK 74187

**Conservice LLC**
PO BOX 4696
LOGAN, UT 84323-4696

**Coral Swimming Pool Supply Co**
2315 E 69TH ST
TULSA, OK 74136-3924

**Corinthian Solutions, Inc.**
12003 S TAMARACK ST
JENKS, OK 74037-4396

**Costar - Apartments.com**
2563 Collection Center Dr
CHICAGO, IL 60693

**Cox Business**
PO BOX 650963
DALLAS, TX 75265-0963

**Custom Technologies Plus Electric**
2421 N ASPEN AVE
BROKEN ARROW, OK 74012-1142

**Empire Protection Services**
14083 S STATE HIGHWAY 51 # 134
COWETA, OK 74429-7100

**Entrata Inc.**
PO BOX 30015
SALT LAKE CTY, UT 84130-0015

**Freshworks Inc.**
2950 S DELAWARE ST STE 201
SAN MATEO, CA 94403-2578

**H&A Investments LLC**
801 W ABI RD
WASHINGTON, OK 73093-9704

**HD Supply**
Remittance
SAN DIEGO, CA 92150

**HP Services, LLC**
1209 N Fulton Ave
TULSA, OK 74115

**Hy.Ly**
43745 WELTY CT
ASHBURN, VA 20147-5850

**Jackson Mechanical Service Inc**
2600 N OKLAHOMA AVE
OKLAHOMA CITY, OK 73105-3021

**Jackson Slayter**
9218 E 38TH ST
TULSA, OK 74145-3436

**Johnstone Supply of Tulsa, Inc.**
9955 E 55th Pl
TULSA, OK 74146

**Kayne Anderson Real Estate Advisors IV, LLC**
2121 AVENUE OF THE STARS FL 9
LOS ANGELES, CA 90067-5010

**Kings III of America**
751 Canyon Drive Suite 100
COPPELL, TX 75019

**Lowe's Pro MSH**
PO BOX 301451
DALLAS, TX 75303-1451

**Lucky 13 Carpet Cleaning**
2369 S 65TH WEST AVE
TULSA, OK 74107-2350

**Merritt Sealing Company, Inc.**
PO BOX 75728
OKLAHOMA CITY, OK 73147-0728

**Neuman, Pollak & Assoc., PA**
124 SLADE AVE STE 110
BALTIMORE, MD 21208-4900

**ODP Business Solutions**
PO BOX 660113
DALLAS, TX 75266-0113

**Oklahoma Department of Labor**
409 NE 28TH ST FL 3
OKLAHOMA CITY, OK 73105-4215

**Oklahoma Natural Gas Company**
15 E 5th St
TULSA, OK 74103

**Prime Cleaning, LLC**
9830 S Oswego Ave
TULSA, OK 74137

**Progressive Painting**
27203 JOY AVE
BROKEN ARROW, OK 74014-6140

**Public Service Company of Oklahoma**
PO BOX 371496
PITTSBURGH, PA 15250-7496

**Rasa Floors**
PO BOX 619130
DALLAS, TX 75261-9130

**Redi Carpet Sales of Oklahoma LLC**
PO BOX 971442
DALLAS, TX 75397-1442

**Rent Dynamics**
PO Box 30015
SALT LAKE CITY, UT 84130

**Rent Group Inc**
PO BOX 740925
ATLANTA, GA 30374-0925

**ResMan, LLC**
2901 Dallas Pkwy Ste 200
PLANO, TX 75093

**Resolve Asset Management Services**
1127 NW 25TH ST
OKLAHOMA CITY, OK 73106-5646

**RLL, Renters Legal Liability**
101 E Washington Blvd, 10th floor
FORT WAYNE, IN 46804

**Saldierna Remodeling**
PO BOX 582061
TULSA, OK 74158-2061

**Sherwin Williams Company**
6301 S Garnett Rd

**Standley Systems**
PO BOX 460
CHICKASHA, OK 73023-0460

**Torch Service Company, LLC**
107 W 4TH AVE
OWASSO, OK 74055-3435

**Trademark Exteriors
Restoration LLC**
36 NE 52ND ST
OKLAHOMA CITY, OK 73105-1826

**Tulsa Apartment Association**
6855 S CANTON AVE
TULSA, OK 74136-3405

**Tulsa Evictions, LLC**
624 S DENVER AVE STE 300
TULSA, OK 74119-1075

**Tulsa Home Guard**
15301 S 76TH EAST AVE
BIXBY, OK 74008-4161

**Tulsa Wildlife and Pest**
4005 E 96TH ST N
SPERRY, OK 74073-4507

**Vesta Landscaping Services, LLC**
6400 W 110TH ST STE 201
LEAWOOD, KS 66211-1585

**Vesta Realty**
6400 W 110TH ST STE 201
OVERLAND PARK, KS 66211-1585

**Westlake Ace**
PO BOX 219370
KANSAS CITY, MO 64121-9370

**Zillow Rentals**
1301 2ND AVE FL 36
SEATTLE, WA 98101-3800

**Zumper, Inc.**
Dept 0354
DALLAS, TX 75312-0354