**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

Woodland Oaks Investors, LLC,

Debtor.

Case No. 26-11987

Chapter 11

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel for YSA Investments 1, LLC hereby enters his appearance and requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon him at the mailing and/or email addresses set forth below.

Dated: July 2, 2026

Respectfully submitted,

*/s/ David R. Herber*
David R. Herber, OBA #33527
**GABLEGOTWALS**
BOK Park Plaza
499 W. Sheridan., Ste. 2200
Oklahoma City, Oklahoma 73102
(t) 405.235.5517 | (f) 405.235.2875
dherber@gablelaw.com

*Attorney for YSA Investments 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2nd, 2026, I electronically transmitted this filing to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Service to the ECF registrants of record.

*/s/ David R. Herber*
David R. Herber

4904-1027-4741, v. 3