**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODLAND OAKS INVESTORS, LLC, | Case No. 26-11987 (SAH) |
| Debtor. | |

**APPLICATION FOR SHORTENED NOTICE AND HEARING ON SAPEREAN CAPITAL IV TB NOTE LENDER KD4, LLC'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, EXCUSE TURNOVER OF PROPERTY**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** Saperean Capital IV TB Note Lender KD4, LLC, the secured creditor in the above styled case ("Saperean"), and applies for an order shortening the time to respond to, and setting hearing on its Motion to Dismiss, or in the Alternative, Excuse Turnover of Property ("Motion").

1. Saperean requests that the Court set an expedited hearing on the relief requested in the Motion for the same date as the following pending Motions filed by the Debtor:

   a. EMERGENCY MOTION TO JOINTLY ADMINISTER CASES.

   b. EMERGENCY MOTION TO USE CASH COLLATERAL.

   c. EMERGENCY MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE FROM PRE-PETITION RECEIVER.

   (the "Debtor's Motions")

2. Counsel for Saperean was informed by the Court's Courtroom Deputy that the Debtor's Motions are to be continued to July 14, 2026 at 9:30 AM.

3. Saperean requests that its Motion be set for hearing at the same date and time as Debtor's Motions on July 14, 2026 at 9:30 AM and any response to be due on July 13, 2026 at

67562545_1

1

12:00 PM.  A single hearing will promote judicial economy and allow the Court to resolve the related Motions contemporaneously.

4.      Bankruptcy Rule 2002(a)(4) requires any response to the Motion to be filed within 21 days after service. Such time periods may properly be shortened pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(A). Saperean submits that under the circumstances it is appropriate to shorten the time to respond to the Motion.

5.      This Court previously granted similar relief to Debtor with respect to expediting the Debtor's Motions.

6.      Counsel for Saperean has requested consent from Debtor's counsel for the shortened response time and expedited hearing and as of the time of this filing has not received a response.

**WHEREFORE**, Saperean respectfully requests that this Court enter an Order shortening the time for response to the Motion to **July 13, 2026 at 12:00 PM** and setting a hearing on **July 14, 2026 at 9:30 AM**, or such other expedited time as may be available.

Dated:  July 2, 2026.

Respectfully submitted,


_/s/ Preston M. Sullivan_
Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
Elizabeth H. Attaway, OBA #35539
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK  73102-7103
Telephone:  (405) 235-9621
Email:  kiran.phansalkar@mcafeetaft.com
        preston.sullivan@mcafeetaft.com
        beth.attaway@mcafeetaft.com

-and-

Nicholas A. Griebel
(_pending admission pro hac vice_)
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
Telephone:  (314) 622-6613
Email:  ngriebel@polsinelli.com
**_Attorneys for Saperean Capital_**
**_IV TB Note Lender KD4, LLC_**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically transmitted this filing to the Clerk of the Court using the ECF system for filing and transmittal of Notice of Electronic Service to the ECF registrants of record.

*/s/Preston M. Sullivan*