

David P. Limekiller
Direct Line: (918) 595-4854
*dlimekiller@gablelaw.com*

110 N. Elgin Ave., Ste. 200
Tulsa, Oklahoma 74120
Telephone (918) 595-4800
Fax (918) 595-4990
*www.gablelaw.com*

January 29, 2026

***VIA EMAIL dkeese@firstunitedbank.com***

First United Bank and Trust Company
Attn: Commercial Banking Department / William David Keese, General Counsel
1400 W. Main Street
Durant, OK 74701

Re: YSA Investments 1 LLC's Demand for ██████████████
Kulick-Owned Entities / UCC-1 Filings

Dear Mr. Keese and Commercial Banking Team:

We represent YSA Investments 1 LLC ("YSA") in connection with certain loans and collateral arrangements involving entities owned and/or controlled by Marc Kulick, including Vesta Holdings LLC (the "Kulick-Owned Entities"), which are in default. This letter serves as YSA's formal demand that First United Bank and Trust Company ("First United" or "FUB") immediately recognize YSA's rights and provide YSA with complete control over all bank accounts maintained at FUB in the name of, or for the benefit of, the Kulick-Owned Entities, as such entities are now controlled by YSA and such action is necessary to preserve the value of the Kulick-Owned Entities.

## 1. Background and Basis for Demand.

YSA is the secured party (and/or assignee of secured party rights) under the applicable loan documents and collateral pledge / security agreements executed by or on behalf of the Kulick-Owned Entities and/or Marc Kulick. YSA has perfected its security interests in the membership interests of the Kulick-Owned Entities by filing UCC-1 financing statements in the appropriate state identifying the applicable debtor(s) and collateral, including (as applicable) membership interests and associated governance/economic rights. Attached as Exhibit is a list of all Kulick-Owned Entities subject to YSA's security interest.

You are further advised, YSA has exercised its rights to protect and to preserve the value of the Kulick-Owned Entities' membership interests pursuant to the loan documents and the Uniform Commercial Code. YSA is now the sole member of each Kulick-Owned Entity and owns 100% of its membership interests. Attached for your review are copies of the Amended and Restated Limited Liability Company Agreement of each Kulick-Owned Entity (upon request an executed copy will be provided as well as copies of YSA's 100% membership interests in such Kulick-Owned Entities).



██████ ███████ █ ██ ███.

████████████████████ █ ███████) ████████████████
████████:

██ B ███████████████████████ █ ███;

████████████████████████ █; █

███████████████) ████ █ ██████████████ █
█████ █ █████████████████ █ ███.

## 4. <u>Points of Contact.</u>

Please direct communications and implementation coordination to:

Aharon Diveroli, AD@ysainvestments.com

with courtesy copies to:

David Limekiller, dlimekiller@gablelaw.com, (918) 595-4854.

## 5. <u>Reservation of Rights.</u>

███████████████████████████████████████████

Yours very truly,



David P. Limekiller
For the Firm

cc: Brady Bieber (brady.bieber@firstunitedbank.com)
Matt Winzeler (mwinzeler@firstunitedbank.com)

## EXHIBIT A

### KULICK-OWNED ENTITIES

BARTLESVILLE BEST LIVING, LLC a limited liability company formed and organized under the laws of Oklahoma.

SHORELINE'S BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

SPRINGDALE VILLAGE TIC 1, LLC a limited liability company formed and organized under the laws of Delaware.

SPRINGDALE VILLAGE TIC 2, LLC a limited liability company formed and organized under the laws of Delaware.

SPRINGDALE VILLAGE TIC 3, LLC a limited liability company formed and organized under the laws of Delaware.

SPRINGDALE VILLAGE'S BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

A-V 23 EAST OWNERS, LLC a limited liability company formed and organized under the laws of Delaware.

A-V CLASSEN OWNERS, LLC a limited liability company formed and organized under the laws of Delaware.

A-V VILLAGE CREEK OWNERS, LLC a limited liability company formed and organized under the laws of Delaware.

AUERBACH-VESTA, LLC a limited liability company formed and organized under the laws of Delaware.

BARCELONA BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

BRYAN HILLS BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

EATON PLACE TIC 1 LLC a limited liability company formed and organized under the laws of Delaware.

FAIRFAX HOLDING COMPANY LLC a limited liability company formed and organized under the laws of Delaware.

LAKESIDE BEST LIVING LLC a limited liability company formed and organized under the laws of Delaware.

LOFTS AT NORTH PENN BEST LIVING LLC a limited liability company formed and organized under the laws of Delaware.

MONTGOMERY APARTMENT HOLDINGS, LLC a limited liability company formed and organized under the laws of Delaware.

MONTGOMERY BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

MUNTAGE BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

NAE CANOPY APARTMENTS, LLC a limited liability company formed and organized under the laws of Delaware.

OKC3 INVESTORS LLC a limited liability company formed and organized under the laws of Delaware.

ONE ETON TIC 1 LLC a limited liability company formed and organized under the laws of Delaware.

REMINGTON RANCH BEST LIVING LLC a limited liability company formed and organized under the laws of Delaware.

RIDGE BEST LIVING INVESTORS LLC a limited liability company formed and organized under the laws of Delaware.

RIDGE BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

RIVER WALK BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

RIVERPARK BEST LIVING, LLC a limited liability company formed and organized under the laws of Delaware.

SUMMER OAKS BEST LIVING LLC a limited liability company formed and organized under the laws of Delaware.

TUSCAN VILLAGE BEST LIVING LLC a limited liability company formed and organized under the laws of Delaware.

VESTA-SEMINOLE RIDGE LLC a limited liability company formed and organized under the laws of Delaware.

VILLAS AT MIDTOWN BEST LIVING LLC a limited liability company formed and organized under the laws of Delaware.

W.M. BEST LIVING OWNER, LLC a limited liability company formed and organized under the laws of Delaware.

W.O. SOLE MEMBER LLC a limited liability company formed and organized under the laws of Delaware.

WOODLAND OAKS BEST LIVING LLC a limited liability company formed and organized under the laws of Delaware.

JENKS BEST LIVING LLC a limited liability company formed and organized under the laws of Kansas.

LOUIS INVESTMENTS LLC a limited liability company formed and organized under the laws of Kansas.

LS APARTMENT SPONSOR LLC a limited liability company formed and organized under the laws of Kansas.

RIVER WALK SPONSOR LLC a limited liability company formed and organized under the laws of Kansas.

RIVERPARK BEST LIVING SPONSOR LLC a limited liability company formed and organized under the laws of Kansas.

SEMINOLE RIDGE APARTMENTS HOLDINGS LLC a limited liability company formed and organized under the laws of Kansas.

SEMINOLE RIDGE SPONSOR LLC a limited liability company formed and organized under the laws of Kansas.

TUSCANY VILLAGE SPONSOR LLC a limited liability company formed and organized under the laws of Kansas.

B&J WOODSCAPE / OKLAHOMA CITY, LLC a limited liability company formed and organized under the laws of Oklahoma.

COPPERFIELD APARTMENTS, LP a limited partnership formed and organized under the laws of Oklahoma.