Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
PROPOSED ATTORNEYS FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **FAIRFAX INVESTORS, LLC** | ) | **Case No. 26-11984-sah** |
| | ) | |
| **FAIRFAX BEST LIVING, LLC** | ) | **Case No. 26-11985-sah** |
| | ) | |
| **WOODLAND OAKS BEST LIVING, LLC** | ) | **Case No. 26-11986-sah** |
| | ) | |
| **WOODLAND OAKS INVESTORS, LLC,** | ) | **Case No. 26-11987-sah** |
| | ) | |
| **Debtors.** | | **Chapter 11** |

### STIPULATION REGARDING CONTINUED OPERATION OF RECEIVERSHIP PROPERTY, USE OF CASH COLLATERAL, FINANCIAL REPORTING, AND HEARING ON MOTION TO DISMISS

The Debtors and Saperean Capital IV TB Note Lender KD4, LLC (The "Lender"), by and through their respective counsel, hereby stipulate and agree as follows:

1.    Prior to the commencement of this Chapter 11 case, the Property was subject to a state court receivership, and Scott Shefman (The "Receiver") has remained in possession and operation of the Property pursuant to orders entered by the state court.

2.    To avoid unnecessary litigation and preserve the status quo pending further proceedings in these Chapter 11 cases, the parties have agreed that the Receiver shall continue to operate and manage the Property in the ordinary course of business

in accordance with the authority previously granted under the state court receivership orders.

3. The Receiver may continue to collect rents, receive revenues, and use funds generated from the operation of the Property solely for the ordinary and necessary expenses associated with operating, maintaining, preserving, and protecting the Property.

4. The Receiver shall continue to prepare and provide the same financial reports and operating information previously furnished during the state court receivership and shall provide such additional financial information as is reasonably necessary to enable the Debtor to prepare and timely file its Monthly Operating Reports and otherwise comply with the reporting requirements imposed under the Bankruptcy Code and the orders of this Court.

5. By entering this Stipulation, no party waives, releases, or compromises any claim, defense, objection, or argument available to it in these bankruptcy cases, including, without limitation, any position regarding ownership, authority, standing, the pending motions to dismiss, or any other matter before the Court.

6. The parties further agree that the Debtor will withdraw its Motion for Turnover and Motion for Authority to Use Cash Collateral, as the relief requested therein has been resolved by this Stipulation.

7. This Stipulation shall remain in effect until further order of this Court or until modified by written agreement of the parties.

8. The parties agree to request that the hearing on the pending Motions to Dismiss be continued to a later date, subject to the Court's approval.

Dated: July 12, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Attorneys for Debtor

*/s/ Kiran Phansalkar*
Kiran A. Phansalkar
McAfee & Taft, P.C.
8th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 552-2295
Email: kiran.phansalkar@mcafeetaft.com
Attorneys for Saperean Capital IV
TB Note Lender KD4, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer