**Dated: July 14, 2026**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

| | | |
|---|---|---|
| **IN RE:** § | **Chapter 11** | |
| § | | |
| **FAIRFAX INVESTORS, LLC** § | **Case No. 26-11984-sah** | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| **IN RE:** § | **Chapter 11** | |
| § | | |
| **FAIRFAX BEST LIVING, LLC** § | **Case No. 26-11985-sah** | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| **IN RE:** § | **Chapter 11** | |
| § | | |
| **WOODLAND OAKS BEST LIVING, LLC** § | **Case No. 26-11986** | |
| § | | |
| Debtor. § | | |

1

|  | § |  |
|---|---|---|
|  | § |  |
| IN RE: | § | **Chapter 11** |
|  | § |  |
| **WOODLAND OAKS INVESTORS, LLC** | § | **Case No. 26-11987-sah** |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |

## <u>ORDER AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' CASES</u>

Before the Court is the *Debtor's Amended Emergency Motion to Jointly Administer Cases and Brief in Support and Notice of Opportunity for Hearing and Notice of Hearing*; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and rule 81.4(a) of the Local Civil Rules of the United States District Court for the Western District of Oklahoma; and venue of this Chapter 11 Case and the Motion in this district being proper pursuant to 28 U.S.C.§§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court finding that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and the Motion having been filed on June 25, 2026 and responses being due on July 2, 2026; and the Court finding that, as such, notice is adequate and sufficient and no further notice need be provided; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Clerk of the Court is DIRECTED to make an entry on the docket of each of the Debtors' cases, other than Fairfax Investors, LLC, as follows:

An Order has been entered in this case under rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Fairfax Investors, LLC, and its affiliates. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, the docket of Fairfax Investors, LLC, Case No. 26-11984-SAH and such docket should be consulted for all matters affecting this chapter 11 case.

3. Findings of fact are based on representations of counsel.

4. The Debtor shall serve this Order on parties-in-interest.

5. IT IS SO ORDERED.

### 

Approved for Entry:

Marc L. Kulick, in his capacity as Manager
of Louis Investments, LLC, the Manager
of Fairfax Holding Company, LLC, the
Manager of the Debtor


*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Proposed Attorneys for Debtors